UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

DUSTIN N. HOUSE,                )
                               )    NO.  CV-06-5069-LRS
                Plaintiff,     )
                               )    **ORDER GRANTING DEFENDANT'S**
     -vs-                       )    **MOTION TO DISMISS**
                               )
COMMUNITY HEALTH CENTER,        )
                               )
                Defendant.     )
_____)

**BEFORE THE COURT** is Defendant United States of America's Motion to Dismiss (**Ct. Rec. 2**).

WHEREAS THE UNITED STATES OF AMERICA, Defendant herein, filed a Motion to Dismiss this matter on September 25, 2006, based on Plaintiff's failure to file an administrative claim and failure to properly serve the United States;

AND WHEREAS, the Court provided Plaintiff with notice of the dismissal and/or summary judgment rule requirements on October 10, 2006;

AND WHEREAS, the Motion To Dismiss came under advisement without oral argument on November 27, 2006;

AND WHEREAS, Plaintiff has failed to respond to the United States' Motion to Dismiss;

///

ORDER - 1

1    **IT IS HEREBY ORDERED** that Defendant's Motion ( **Ct. Rec. 2**) is

2  **GRANTED**.   The above-referenced matter is    **DISMISSED WITHOUT PREJUDICE**

3  based upon Plaintiff's failure to file an administrative claim and to

4  properly serve the United States in the manner required by law.   This

5  dismissal is further supported by Local Rule 7.1(h)(5).

6    **IT IS SO ORDERED**.   The Clerk is hereby directed to file this Order,

7  **ENTER JUDGMENT** in favor of the Defendant, furnish copies to Plaintiff and

8  counsel, and **CLOSE THE FILE**.

9    DATED this 5th day of January, 2007.

10                                        *s/Lonny R. Suko*

11                         _____

                                         LONNY R. SUKO
12                         United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2