AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

DUSTIN N. HOUSE,
       Plaintiff,

v.

COMMUNITY HEALTH CENTER,
       Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-5069-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE based upon Plaintiff's failure to file an administrative claim and to properly serve the United States in the manner required by law and pursuant to the Order Granting Defendant's Motion to Dismiss (Ct Rec 8) entered on January 5, 2007.

| | |
|---|---|
| January 5, 2007 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |